# Third District Court of Appeal

## State of Florida

Opinion filed June 7, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-604
Lower Tribunal No. F13-7468
_____

**Carlos Mongalo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Alfonso Oviedo-Reyes, for appellant.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Mongalo v. State</u>, 324 So. 3d 66 (Fla. 3d DCA 2021), reh'g denied (Sept. 8, 2021), review dismissed, SC21-1317, 2021 WL 4269579 (Fla. Sept. 20, 2021).